UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


CHRISTOPHER CHARLES EARLY

CIVIL ACTION

VERSUS

NUMBER 12-250-BAJ-SCR

FEDERAL BUREAU OF
INVESTIGATION, ET AL


**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, January 25, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER CHARLES EARLY

CIVIL ACTION

VERSUS

NUMBER 12-250-BAJ-SCR

FEDERAL BUREAU OF
INVESTIGATION, ET AL

## MAGISTRATE JUDGE'S REPORT

When a review of the record showed that none of the defendants had filed an answer or otherwise made an appearance, and there was no evidence in the record that any defendant had been served with a summons and a copy of the complaint or had waived service, the plaintiff was ordered to show cause, in writing, on November 23, 2012 why his complaint should not be dismissed for failure to serve the defendants, or obtain a waiver of service, within the time allowed by Rule 4(m), Fed.R.Civ.P.[1]  Plaintiff did not file any response to the show cause order, and the record shows that none of the defendants have been served.

Rule 4(m) requires the court to extend the time for service if the plaintiff shows good cause for failing to timely serve the defendants.  Clearly, the plaintiff has not shown good cause.

---

[1] Record document number 15.  The U.S. Marshal had been ordered to serve the defendants, but the plaintiff was responsible for providing the marshal with a completed Form 285, which is needed for service.  Record document number 12.  There is no indication in the record that the plaintiff provided a completed Form 284 to the marshal for any defendant.

Nonetheless, the rule gives the court discretion to extend the time for service even if the plaintiff does not show good cause. A discretionary extension of the time for service is not warranted. Plaintiff failed to file a status report and failed to attend the September 6, 2012 scheduling conference.[2] Plaintiff's apparent failure to take the necessary steps to serve the defendants, to file a status report and attend the scheduling conference, and to file any response to the show cause order supports the conclusion that he has lost interest in pursing his claims against the defendants and has abandoned his case.

### RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed pursuant to Rule 4(m).[3]

Baton Rouge, Louisiana, January 25, 2013.

_Stephen C. Riedlinger_
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Record document number 14, Scheduling Conference Report.

[3] It is well established that a dismissal without prejudice is permitted by Rule 4(m) even when a re-filed complaint would be time-barred. *Winters v. Teledyne Movible Offshore, Inc.*, 776 F.2d 1304 (5th Cir. 1985); *McDonald v. United States*, 898 F.2d 466 (5th Cir. 1990); *Traina v. United States*, 911 F.2d 1155 (5th Cir. 1990); *Peters v. United States*, 9 F.3d 344 (5th Cir. 1993); *Thompson v. Brown*, 91 F.2d 21, 21 (5th Cir. 1996); *Newby v. Enron Corp.*, 284 Fed.Appx. 146 (Cir. 2008)(district court may order a dismissal under Rule 4(m) even where it will operate as with prejudice because the statute of limitations has run); *contra Millan v. USAA General Indem. Co.*, 546 F.3d 321 (5th Cir. 2008)(applying Rule 41(b) standard to Rule 4(m) dismissal).