UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER CHARLES EARLY

VERSUS

FEDERAL BUREAU OF
INVESTIGATION, ET AL

CIVIL ACTION

NUMBER 12-250-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 25, 2013 (doc. no. 16) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the complaint filed by plaintiff Christopher Charles Early is hereby dismissed pursuant to Rule 4(m).

Baton Rouge, Louisiana, February 27, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA